IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06CV302

| | |
|---|---|
| USF INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| STINGER SYSTEMS, INC., ELECTRONIC DEFENSE TECHNOLOGY, LLC, ROBERT F. GRUDER and TASER INTERNATIONAL, INC., | ) |
| Defendants. | ) |

## ORDER GRANTING VERIFIED MOTION
## FOR SPECIAL ADMISSION PRO HAC VICE

**THIS CAUSE** having come before the Court on motion of local counsel for Defendants Stinger Systems, Inc., Electronic Defense Technology, LLC, and Robert F. Gruder for admission *pro hac vice* of Michael V. Elsberry and W. Drew Sorrell, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendants Stinger Systems, Inc., Electronic Defense Technology, LLC, and Robert F. Gruder.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel are admitted to practice before this Court *pro hac vice*.

Signed: October 13, 2006

David C. Keesler
United States Magistrate Judge